1910.) Action by Charles A. Geoghegan and others against George H. Leventritt. I. M. Wormser, for appellant. L. H. Porter, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GEROW, Respondent, v. BENSON MINES CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Anna Gerow, as administratrix, etc., of Henry Gerow, deceased, against the Benson Mines Company.

PER CURIAM. Judgment and order affirmed, with costs.

COCHRANE, J., dissents.

In re GILL. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the judicial settlement of the account of Hannah Gill, as executrix, etc., of Robinson Gill, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the respondent.

GILMOUR, Respondent, v. FLATBUSH AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by A. Lincoln Gilmour against the Flatbush Amusement Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the plaintiff has not established by a fair preponderance of evidence any valid action on the part of the directors or stockholders of the defendant company that he should be compensated for his services, or fixing the amount of such compensation.

GINSBERG, Respondent, v. RATKOWSKY, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Moses Ginsberg against Bernard Ratkowsky. No opinion. Judgment and order affirmed, with costs.

GLASS, Respondent, v. PELCYGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Samuel Glass against Frank Pelcyger. No opinion. Judgment and order affirmed, with costs.

GLAZER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Anton Glazer, as administrator, etc., of Andrew Glazer, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GLENDON v. REMINGTON & SHERMAN CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Thomas Glendon against the Remington & Sherman Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1132.

GODLEY v. CRANDALL & GODLEY CO. et. al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others. No opinion. Motion granted. Settle order on notice. See, also, 121 N. Y. Supp. 1132.

GOLDBERG, Appellant, v. FEINBERG, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Samuel Goldberg against Solomon Feinberg. No opinion. Judgment unanimously affirmed, with costs.

GOLDFINGER v. PLANCER. (Supreme Court, Appellate Term. April 8, 1910.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Hinda Goldfinger against Fishel Plancer. From an order setting aside the verdict of the jury, plaintiff appeals. Reversed. Moses N. Schleider (M. Spencer Bevins, of counsel), for appellant. Raymond David Fuller, for respondent.

SEABURY, J. The plaintiff sued to recover damages for injuries which she sustained through the alleged negligence of the defendant. An examination of this record shows that the plaintiff proved that the injuries she sustained were caused by the negligence of the landlord and her own freedom from contributory negligence. The question involved was purely one of fact, and the verdict of the jury is abundantly sustained by the evidence. The only exception taken by the defendant was taken to the denial of his motion to dismiss the complaint. The ruling to which this exception was taken was clearly correct. The injuries which the plaintiff sustained were of a serious character, and the amount awarded her by the verdict of the jury was reasonable. We can find no justification for setting aside the verdict of the jury in this case. The order is reversed, with costs, and the verdict of the jury is reinstated. All concur.

GOLDSTEIN v. LOEW. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Appeal from Special Term, New York County. Action by Jennie Goldstein against E. Victor Loew, Jr., as administrator, etc. A judgment in favor of defendant was vacated, and the complaint dismissed, and defendant appeals. Modified and affirmed. Alfred H. Holbrook, for appellant. Louis H. Levin, for respondent.

PER CURIAM. The order vacating the judgment should be modified, by imposing as a condition of opening the default the payment of $30 trial fee, $10 term fee, $10 costs of opposing the motion, and the disbursements of entering judgment, and, as so modified, affirmed, without costs of this appeal. The order denying the motion to resettle should be affirmed, without costs.

GOLDSTICKER et al., Appellants, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Louis Goldsticker and others, individually and as executors, etc., and